USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RAUL DE JESUS REYNOSO,

                          Plaintiff,

-v-

GRULLON BAKERY INC., GRULLON
BAKERY #1 CORP., GRULLON
BAKERY #2 CORP. and
RAMON GRULLON, Individually,

                          Defendants.
-------------------------------------------------------------x

**ORDER**

16-CV-5968 (RMB)

On December 5, 2019, the Court advised Plaintiff's counsel, Mr. Justin S. Clark, via telephone that there were significant errors in the calculation of damages included in his April 12, 2018 declaration in support of an order of default judgment against Grullon Bakery #1 Corp. Counsel acknowledged the errors and stated that he would file a corrected declaration. As of today, no corrected declaration has been filed.

Therefore, this action will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) unless Plaintiff's counsel files a corrected declaration and proposed order for default judgment on or before March 27, 2020.

Dated: New York, New York
         February 12, 2020

                                                  _Richard M. Berman_
                                                 **RICHARD M. BERMAN, U.S.D.J.**